IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


KRZYSZTOF B. CZARKOWSKI,

        Petitioner,

    v.

DON MILLS, Superintendent
Two Rivers Correctional Institute,

        Respondent.

No. CV 08-1078-ST

OPINION AND ORDER


**MOSMAN, J.,**

On May 1, 2009, Magistrate Judge Stewart issued Findings and Recommendation

("F&R") (#23) in the above-captioned case recommending that I DENY petitioner's Petition for

Writ of Habeas Corpus (#2).  Petitioner filed objections (#24) to the F&R.

### DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may

file written objections.  The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination.  The court is generally required to

make a *de novo* determination of those portions of the report or specified findings or

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, under a *de novo* or any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

PAGE 1 - OPINION AND ORDER

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R (#23) as my own opinion.

IT IS SO ORDERED.

DATED this  12th   day of June, 2009.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court


PAGE 2 - OPINION AND ORDER